# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

John Bunce

                         Plaintiff,

v.                                              Case No.: 1:22−cv−05702
                                                       Honorable John Robert Blakey

Lincoln National Life Insurance Company

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 5, 2023:

      MINUTE entry before the Honorable John Robert Blakey: Based upon the parties' stipulation of dismissal [19], the Court hereby dismisses this case with prejudice and with each party to bear its own attorneys' fees and costs under Rule 41(a), and strikes all set dates and deadlines. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.